USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X
:
JOSE LUIS TOXQUI, *on behalf of himself and others similarly situated*, :
:
                        Plaintiffs, :
:
           -v - :
:
THE JADE FARM LLC, *doing business as* Jue Lan Club, *et. al.*, :
:
                       Defendants. :
:
----------------------------------------------------------------- X

1:22-cv-7899-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      On October 19, 2022 the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than November 2, 2022. Dkt. No. 14. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's October 19, 2022 order forthwith, and in no event later than November 5, 2022.

      SO ORDERED.

Dated: November 3, 2022
       New York, New York

                                                             GREGORY H. WOODS
                                                        United States District Judge