

Jacqueline L. Aiello, Esq.
jaiello@boydlawgroup.com

November 15, 2022

*(Via ECF only)*
Hon. Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    Jose Luis Toxqui v. The Jade Farm, LLC d/b/a Lan Club, et. al.
             Case No. 22-CV-07899-GHW

Dear Honorable Sir:

    This firm represents the defendants, Jade Farm LLC d/b/a Jue Lan Club, Naomi Ram, Mohammad Ali Amanollahi, and Anya Argwello (collectively hereafter the "Defendants"), in the above-referenced matter.

    The Court previously granted the Defendants' request for an extension of time to file a response to Plaintiff's complaint from October 26, 2022 to November 25, 2022. [See Document 13]. However, because November 25, 2022, falls the day after Thanksgiving [Black Friday], the Defendants have requested, and Plaintiff has consented, to allow an additional week until December 2, 2022, for Defendants time to file a response to the Complaint.

    This is the second request for an extension based on impending national holiday.

                                 Respectfully,

                                 /s/ *Jacqueline L. Aiello*
                                   Jacqueline L. Aiello, Esq.

**SO ORDERED:**

_____
Hon. Gregory H. Woods
United States District Judge