USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/30/2023

JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law
Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Leah Seliger

**MEMORANDUM ENDORSED**

32 Broadway, Suite 601
New York, NY 10004
Phone 212) 688-5640
Fax (212) 688-2548
www.jk-llp.com

January 30, 2022

**Via ECF**

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Toxqui v. The Jade Farm LLC, et. al* – No. 22-cv-7899 – Notice of Settlement in Principle and Request for Adjournment

Dear Judge Woods,

The parties in the above captioned action write jointly to notify the Court that the parties reached a settlement in principle in this case and, pursuant to your Honor's Individual Rule I(E), to request an adjournment of the pre-motion conference scheduled for Tuesday, January 31, 2023. The parties have agreed to labor to execute a final settlement by February 10, 2023, after which the parties intend to submit the settlement to the Court for approval pursuant to *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015). Should the parties require additional time to finalize the settlement, we will submit a further joint letter prior to February 10th to provide a status update.

We thank the Court for its careful consideration of this matter.

Respectfully Submitted,

*s/Michael DiGiulio*
Michael DiGiulio
JOSEPH & KIRSCHENBAUM, LLP
32 Broadway, Suite 601
New York, NY 10004
*Attorney for Plaintiff*

CC: Counsel for Defendants (*via* ECF)

---

Application granted.  The conference scheduled in this case for January 31, 2023 is adjourned *sine die*.  The parties are directed to submit either a final settlement or a status update no later than February 10, 2023.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 30.

SO ORDERED.

Dated: January 30, 2023
New York, New York

GREGORY H. WOODS
United States District Judge