USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/2023

**JOSEPH & KIRSCHENBAUM LLP**
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Leah Seliger

32 Broadway, Suite 601
New York, NY 10004
Phone 212) 688-5640
Fax (212) 688-2548
www.jk-llp.com

February 21, 2023

**MEMORANDUM ENDORSED**

**Via ECF**

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Toxqui v. The Jade Farm LLC, et. al* – No. 22-cv-7899 – Request to Extend Deadline to File Cheeks Letter

Dear Judge Woods,

    We represent the Plaintiff in the above captioned action and write to request that the Court extend the deadline to submit the executed long form settlement agreement to the Court for approval pursuant to *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015) until February 28, 2023. As the Court is aware, the parties reached a settlement in principle and have exchanged drafts of the settlement agreement. Defense counsel has represented to Plaintiff's counsel that Defendants need until February 28 in order to review, finalize, and execute the long form agreement. Plaintiff requests that the Court extend the deadline until that date.

    We thank the Court for its careful consideration of this matter.

                                    Respectfully Submitted,

                                    *s/Michael DiGiulio*
                                    Michael DiGiulio
                                    JOSEPH & KIRSCHENBAUM, LLP
                                    32 Broadway, Suite 601
                                    New York, NY 10004
                                    *Attorney for Plaintiff*

---

Application granted. The deadline for submission of the parties' settlement for approval pursuant to *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015) is hereby extended to February 28, 2023.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 35.

SO ORDERED.

Dated: February 21, 2023
New York, New York
                                                                GREGORY H. WOODS
                                                       United States District Judge