USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/7/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

JOSE LUIS TOXQUI,

               Plaintiff,

v.

THE JADE FARM LLC d/b/a JUE LAN CLUB, NAOMI RAM, MOHAMMAD ALI AMANHOLLAHI, and ANYA ARGWELLO,

               Defendants.

------------------------------------------------------------------X

**MEMORANDUM ENDORSED**

Case No.: 1:22-cv-07899-GHW

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(2)**

## STIPULATION OF DISMISSAL

The parties in the above-captioned action, through their undersigned counsel, stipulate and agree as follows:

In accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, and *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Parties respectfully request that all of Plaintiff's Fair Labor Standards Act and New York Labor Law claims in this action be dismissed with prejudice and without costs or attorneys' fees to any party (other than those costs and attorneys' fees specified in the wage and hour Settlement Agreement).

Dated: New York, New York
March 6, 2023

| | |
|---|---|
| Nicholas P Iannuzzi, Esq. | Mike DiGiulio, Esq. |
| Boyd Richards Parker & Colonnelli, P.L. | Joseph & Kirschenbaum LLP Attorneys for |
| Defendants | Attorneys for Plaintiffs |
| 1500 Broadway, Suite 5050 | 32 Broadway, Suite 601 |
| New York, New York 10036 | New York, New York 10004 |
| 212-400-0626 | 212-688-5640 |

For the reasons stated on the record during the hearing held on March 6, 2023, the Court finds the parties' proposed settlement of Plaintiff's FLSA and NYLL claims (counts one through seven of Plaintiff's complaint, Dkt. No. 1) to be fair and reasonable. Accordingly, the Court approves the parties' stipulated dismissal of those claims with prejudice pursuant to Rule 41(a)(2). The Clerk of Court is directed to terminate the motion pending at Dkt. No. 37.
SO ORDERED.

Dated: March 7, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge