USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/7/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- ---------------------------------------------------------------- X  **MEMORANDUM ENDORSED**

JOSE LUIS TOXQUI,

          Plaintiff,

v.

THE JADE FARM LLC d/b/a JUE LAN CLUB, NAOMI RAM, MOHAMMAD ALI AMANHOLLAHI, and ANYA ARGWELLO,

          Defendants.
- ---------------------------------------------------------------- X

Case No.: 1:22-cv-07899-GHW

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsels that the above-captioned action is voluntarily dismissed, with prejudice and without costs as against either party, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated:      New York, New York
              February 28, 2023

_____
Nicholas P. Iannuzzi, Esq.
Boyd Richards Parker & Colonnelli, P.L.
Attorneys for Defendants
1500 Broadway, Suite 5050
New York, New York 10036
212-400-0626

_____
Mike DiGiulio, Esq.
Joseph & Kirschenbaum LLP
Attorneys for Plaintiffs
32 Broadway, Suite 601
New York, New York 10004
212-688-5640

The parties have stipulated to the dismissal of this action under F.R.C.P. 41(a)(1)(A)(ii). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: March 7, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge